IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PATRICIA PEACOCK and
KIM HARVEY,

    Plaintiffs,

v.                                          CASE NO. 1:11-cv-257-MP-GRJ

CYPRESS HEALTH SYSTEMS
FLORIDA, INC., et al.,

    Defendants.

_____/

### ORDER

This matter is before the Court on Doc. 29, Joint Motion to Seal Settlement Agreement. The Parties seek the Court's approval of the Settlement Agreement and request the Court to file the agreement under seal in order to protect the Parties' interests with respect to the confidentiality provision of the settlement. Upon due consideration, it is **ORDERED:**

1. The Joint Motion to Seal Settlement Agreement, Doc. 29, is **GRANTED.**

2. The Clerk is directed to docket the Settlement Agreement under seal.

**DONE AND ORDERED** this 1st day of May 2012.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge