IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PATRICIA PEACOCK and
KIM HARVEY,

    Plaintiffs,

v.	CASE NO. 1:11-cv-257--GRJ

CYPRESS HEALTH SYSTEMS
FLORIDA, INC., et al.,

    Defendants.

_____/

## ORDER

This matter is before the Court on Doc. 28, Joint Motion for Settlement Agreement Approval and Dismissal with Prejudice.  The Parties have consented to exercise of jurisdiction by the undersigned, a U.S. Magistrate Judge.  The Parties were represented by their respective attorneys throughout the litigation and settlement process.  The Court has examined the settlement agreement and has approved by separate order the filing of the settlement agreement under seal. Pursuant to *Lynn's Food Stores, Inc. v. United States,* 679 F. 2d 1350 (11th Cir. 1982) the Court finds that the settlement agreement is a fair and reasonable resolution of a bona fide dispute over FLSA provisions.

Accordingly, it is **ORDERED:**

1. The Joint Motion for Settlement Agreement Approval and Dismissal with Prejudice, Doc. 28, is **GRANTED.**

2. The settlement agreement is approved.

3.  This case is dismissed with the Court retaining jurisdiction to enforce the terms of the settlement agreement. Upon completion of all terms of the settlement agreement, the case will be dismissed with prejudice.

4.  The Clerk is directed to terminate the pending motion to dismiss, Doc. 9 as moot, terminate all other pending motions and to close the file.  In the event a party seeks to enforce the terms of the settlement agreement the party requesting enforcement of the settlement agreement shall file a motion to reopen the case.

**DONE AND ORDERED** this 1st day of May 2012.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge